### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| DELISA BROWN, | : | |
| Plaintiff/Counter-Defendant, | : | |
| vs. | | |
| | : | |
| CEMEX, INC. and AMERICAN GENERAL LIFE COS, | : | CA 05-0552-C |
| Defendants/Counter-Plaintiffs/ Third-Party Plaintiffs, | : | |
| | : | |
| vs. | | |
| | : | |
| TERRELL BROWN, SHATOYA BROWN, SHANNON BROWN, and LARKIN & SCOTT FUNERAL HOME, | : | |
| | : | |
| Third-Party Defendants. | | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the settlement reached by the plaintiff and third-party defendants be and the same hereby is **RATIFIED** and expressly **APPROVED,** as it is within the best interests of all parties, including the minor child, Shannon Brown. The monies on deposit in the registry of this Court are to be distributed in the manner directed in the memorandum opinion and order. It is further **ORDERED**, **ADJUDGED**, and **DECREED** that the defendants' motion for discharge of further

liability and dismissal with prejudice (Doc. 31) be and the same hereby is **GRANTED**.

    **DONE** this the 22nd day of August, 2006.

                                  s/WILLIAM E. CASSADY
                                  **UNITED STATES MAGISTRATE JUDGE**